# UNDER SEAL

# UNDER SEAL

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorneys
Nevada Bar No. 8920
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: roger.wenthe@usdoj.gov

Attorneys for the United States.

ADAM PAUL LAXALT
Nevada Attorney General
AMBRISH S. SIDHU
Senior Deputy Attorney General
Bar No. 7516
555 East Washington Ave., Ste. 3900
Las Vegas, NV  89101
Telephone:  (702) 486-3420
Fax: (702) 486-3768
Email:  ssidhu@ag.nv.gov

Attorneys for State of Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* "DOE," *et al.*, | Case No.: 2:15-cv-1919-JCM-GWF |
| Plaintiffs, | |
| v. | FILED *EX PARTE* AND UNDER SEAL |
| DR. VENKATCHALAM VEERAPPAN, *et al.*, | |
| Defendants. | |

**UNITED STATES' AND STATE OF NEVADA'S NOTICE OF ELECTION TO DECLINE TO INTERVENE**

2

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Nevada False Claims Act, N.R.S. § 357.130, the United States and the State of Nevada (the Governments) notify the Court of their decision not to intervene in this action.

Although the Governments decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1) and N.R.S. 357.130(1), which allow the relator to maintain the action in the name of the United States and the State of Nevada, respectively; providing, however, that as to the United States, the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and N.R.S. § 357.130(1), the Governments request that all pleadings filed in this action be served upon the Governments; the Governments also request that orders issued by the Court be sent to the Governments' counsel. The Governments reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The Governments also request that they be served with all notices of appeal.

3

Finally, the Governments request that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The Governments request that all other papers on file in this action remain under seal because in discussing the content and extent of the Governments' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 27, 2016

DANIEL G. BOGDEN
United States Attorney

By: ROGER W. WENTHE
Assistant United States Attorney

ADAM PAUL LAXALT
Nevada Attorney General

AMBRISH S. SIDHU
Senior Deputy Attorney General

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* "DOE," *et al.*, | Case No.: 2:15-cv-1919-JCM-GWF |
| Plaintiffs, | |
| v. | FILED *EX PARTE* AND UNDER SEAL |
| DR. VENKATCHALAM VEERAPPAN, *et al.*, | |
| Defendants. | |

## ORDER

The United States and the State of Nevada having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Nevada False Claims Act, N.R.S. § 357.130, the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Nevada, as provided for in N.R.S. § 357.130(1). The United States or the State of Nevada may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5

5. The parties shall serve all notices of appeal upon the United States and the State of Nevada;

6. All orders of this Court shall be sent to the United States and the State of Nevada; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the State of Nevada with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

DATED this 29th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

6