# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* "DOE," *et al.*, | Case No.: 2:15-cv-1919-JCM-GWF |
| Plaintiffs, | |
| v. | |
| DR. VENKATACHALAM VEERAPPAN, *et al.*, | |
| Defendants. | |

## ORDER

The Court having considered the Motion to Dismiss filed by the plaintiff Governments, and good cause having been shown, it is hereby ORDERED that:

1) Said motion is GRANTED; and

2) This matter is hereby dismissed, with prejudice as to Relator, and without prejudice as to the plaintiff Governments.

So ORDERED August 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

10